UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                   CASE NO.:
                                                                                          Chapter   13
NAJIB KHAN JABAR,

    Debtor.
_____/

**DEBTOR'S VERIFIED MOTION FOR CONTINUANCE OF AUTOMATIC STAY**

    NAJIB KNAN JABAR ("Debtor") by and through his undersigned counsel, files this Verified Motion for Continuance of the Automatic Stay, and in support thereof states:

    1.    This Court has jurisdiction over this matter pursuant 28 U.S.C. Sections 1334(b), 157(a), and 362(d) of Title 11, United States Code. Furthermore, this is a core proceeding pursuant 28 USC Section 157(b)(2)(G).

    2.    The Debtor had a prior case dismissed (Chapter 13 Case No.: 19-24606-EPK) within the preceding one-year period. Said case was dismissed, in large part, due to the downturn of the economy from the pending pandemic. More specifically, the Debtor operates a dump truck. The need for his services plummeted at the height of the pandemic (during his prior case) resulting in a reduction in the need for his services and his resulting income.

    3.    Pursuant 11 U.S.C. 362 (3) (B) & (C), the Debtor seeks to continue and extend the automatic stay beyond the initial thirty-day period.

    4.    The Debtor filed this instant case on August 6, 2021.

    5.    Based upon the undersigned's review of the file and recent discussions with the Debtor, it appears that his income is sufficient to proceed with this case in good faith.

    6.    The continuance of the Automatic Stay is in the best interest of the Debtor and his creditors.

WHEREFORE, the Debtor requests this Court enter an Order Continuing the Automatic Stay.

## DEBTOR'S VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 6, 2021.

*(signature)*
Najib Khan Jabar, Debtor.

**FLORIDA DEBT RELIEF CENTER, LLC**
Attorneys for the Debtor
2385 NW Executive Center Drive
Suite 100
Boca Raton, Florida 33431
Telephone: (954) 535-9905
Facsimile: (954) 337-8500
jeff@itsjustdebt.com

By: /s/ Jeffrey H. Tromberg
    Florida Bar No.: 882542